# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alfred Flowers,

      Plaintiff,

    v.                              **ORDER**
                                      Civil No. 04-3959 ADM/AJB

City of Minneapolis, Minnesota,
Kevin Stoll, in his individual and
official capacities, Sherry Appledorn,
in her individual and official capacities,
Erika Christensen, in her individual and
official capacities, and John Does 1-5,

      Defendants.

___

Jill Clark, Esq., Jill Clark, P.A., Minneapolis, MN, appeared for and on behalf of Plaintiff Alfred Flowers.

James A. Moore, Esq., Assistant City Attorney, Minneapolis, MN, appeared for and on behalf of Defendant City of Minneapolis.

Karin E. Peterson, Esq., Rice, Michels & Walther LLP, Minneapolis, MN, appeared for and on behalf of Defendant Kevin Stoll.

___

    This matter came before the court pursuant Defendant Kevin Stoll's Motion to Stay [Docket No. 99] the Court's Order [Docket No. 96] of February 22, 2006 pending appeal.

    **IT IS HEREBY ORDERED** that Defendant Kevin Stoll's Motion to Stay [Docket No. 99] pending appeal is **GRANTED**.

                                                         BY THE COURT:


                                                       s/Ann D. Montgomery
                                                       ANN D. MONTGOMERY
                                                        U.S. DISTRICT JUDGE

Dated:  March 9, 2006.